UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FTBK INVESTOR II LLC AS TRUSTEE FOR NY BROOKLYN INVESTOR II TRUST 15,<br><br>                Plaintiff<br><br>  -against-<br><br>2607 JEROME D, LLC, 2607 JEROME N, LLC, AARON WEXLER, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, CITY OF NEW YORK DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, FTBK INVESTOR II LLC AS TRUSTEE FOR NY BROOKLYN INVESTOR II TRUST 12, FTBK INVESTOR II LLC AS TRUSTEE FOR NY BROOKLYN INVESTOR II TRUST 13, FTBK INVESTOR II LLC AS TRUSTEE FOR NY BROOKLYN INVESTOR II TRUST 14, and "JOHN DOE #1 through JOHN DOE #12", the last twelve names being fictitious and unknown to Plaintiff, the persons or parties intended being tenants, occupants, persons or corporations, if any having or claiming an interest upon the premises described in the Complaint,<br><br>                Defendants. | Case No. 13-cv-2215 (PAE)<br><br>**CERTIFICATE OF SERVICE** |
| 2607 Jerome N, LLC,<br><br>                Third-Party Plaintiff<br><br>  -against-<br><br>SOVEREIGN BANK, NIGHTINGALE PROPERTIES, LLC, MADISON REALTY CAPITAL ADVISORS, LLC, D&A EQUITIES, LLC and DAVID DEUTSCH<br><br>                Defendants. | |

I, Ross G. Shank, an attorney admitted to practice before this court, hereby certify, under penalty of perjury, that on April 3, 2013, I caused true and correct copies of:

(i) Defendant and Third-Party Plaintiff's Notice of Removal, filed April 3, 2013; (ii) Judge Engelmayer's individual rules; (iii) Magistrate Judge Pitman's individual rules; and (iv) the Electronic Case Filing Rules and Instructions for the Southern District of New York, to be served via U.S. mail upon the following parties:

Kriss & Feuerstein LLP
Jerold C. Feuerstein, Esq.
360 Lexington Avenue, Suite 1200
New York, NY 10017

2607 Jerome D, LLC
30 Suzanne Road
Monsey, NY 10952

Herzfeld & Rubin, PC
Brian Carr, Esq.
125 Broad Street
New York, NY 10004

New York City Environmental
Control Board
Michael Cardozo, Esq.
100 Church Street, 4th Floor
New York, NY 10007

City of New York Department of
Housing Preservation and Development
100 Gold Street
New York, NY 10038

Sovereign Bank
195 Montague Street
Brooklyn, NY 11201

Cozen & O'Connor
Jill L. Mandell, Esq.
45 Broadway, 16th Floor
New York, NY 10006

Robinson Brog Leinwald Greene Genovese & Gluck P.C.
Mitchell Greene, Esq.
875 Third Avenue
New York, NY 1002

David Deutsch
30 Suzanne Road
Monsey, NY 10952

Dated: New York, New York
April 9, 2013

*Ross G. Shank*